## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>JUDGE KAREN SPENCER MARSTON |
| Charles R. Tooley, Individually and as Administrator for the Estate of Anne Morgan Tooley,<br>                    Plaintiff(s)<br><br>v.<br><br>Eli Lilly and Company, et al.<br><br>                    Defendant(s). | COMPLAINT AND JURY DEMAND<br><br>CIVIL ACTION NO.: _____ |

## SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff(s) named below, by and through the undersigned counsel, file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff(s) adopt(s) and incorporate(s) by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503).

1

## **IDENTIFICATION OF PARTIES**

### **Plaintiff(s)**

1. Full (first, middle, and last) name of Plaintiff injured/deceased due to use of GLP-1 RA Product(s): Anne Morgan Tooley.

2. If applicable, full name(s) and representative capacity of Plaintiff(s) alleging wrongful death claim: Charles R. Tooley, as Personal Representative of the estate of Anne Morgan Tooley, deceased.

3. If applicable, full name(s) of Plaintiff(s) alleging survival claims, as permitted under state law(s): Charles R. Tooley.

4. If applicable, full name(s) of Plaintiff(s) alleging loss of consortium or loss of services: Charles R. Tooley.

### **Defendant(s)**

5. Plaintiff(s)/Decedent's Representative is/are suing the following Defendant(s) (check all that apply):

_____ Novo Nordisk Inc.

_____ Novo Nordisk A/S

__X__ Eli Lilly and Company

__X__ Lilly USA, LLC

_____ other(s) (identify): _____

2

## **JURISDICTION AND VENUE**

6.      City and state of Plaintiff(s)' current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence):

Hilton Head Island, South Carolina.

7.      State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue:

South Carolina.

8.      State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA Product(s) at issue:

South Carolina.

9.      City and state of Plaintiff(s)'/Decedent's residence at time of diagnosis of injury:

Hilton Head Island, South Carolina.

10.     Jurisdiction is based on:

__X__   diversity of citizenship pursuant to 28 U.S.C. § 1332

_____   other (plead in sufficient detail as required by applicable rules):

_____

_____

11.     The District Court(s) where Plaintiff(s) might have otherwise filed this Short Form Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

United States District Court for the District of South Carolina            .

12.     Venue is proper in the District Court identified in Paragraph 11 because:

__X___  a substantial part of the events and omissions giving rise to Plaintiff(s)' claims occurred there

_____ other (plead in sufficient detail as required by applicable rules):

_____

_____

13.    If applicable, identify the citizenship of any additional Defendant(s) named above:

_____

**PRODUCT USE**

14.     Plaintiff/Decedent used the following GLP-1 RA Product(s) for which claims are being asserted in this case (check all that apply):

\_\_\_\_\_   Ozempic (semaglutide)

\_\_\_\_\_   Wegovy (semaglutide)

\_\_\_\_\_   Rybelsus (oral semaglutide)

\_\_\_\_\_   Victoza (liraglutide)

\_\_\_\_\_   Saxenda (liraglutide)

\_\_\_\_\_   Trulicity (dulaglutide)

\_\_X\_\_   Mounjaro (tirzepatide)

\_\_\_\_\_   Zepbound (tirzepatide)

\_\_\_\_\_   Other(s) (specify): _____

15.     To the best of Plaintiff(s)' knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify date range(s) for each product):

10/2022-8/2023 _____

_____

_____

_____

**INJURIES AND DAMAGES**

16.    To the best of Plaintiff(s)' knowledge, as a result of using GLP-1 RA Product(s),

Plaintiff/Decedent suffered the following injuries, including their sequelae (check all that apply):

_____ Gastroparesis

_____ Other gastro-intestinal injuries (specify) _____

\_\_X\_\_ Ileus

\_\_X\_\_\_ Ischemic Bowel/Ischemic Colitis

\_\_\_\_\_ Intestinal Obstruction

\_\_X\_\_\_ Necrotizing Pancreatitis

_____ Gallbladder Injury (specify) _____

\_\_\_\_ Micronutrient Deficiency

_____ Wernicke's encephalopathy

_____ Aspiration

\_\_X\_\_\_ Death

\_\_X\_ Additional/Other(s) (specify): <u>Sepsis, Multi Organ Failure</u>.

17.    Plaintiff's/Decedent's injuries occurred in approximately (month and year)?

<u>August 2023.</u>   _____

_____

_____

_____

18.     In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff(s) suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

    __X__ Injury to self

    __X__ Injury to person represented

    __X__ Economic loss

    __X__ Wrongful death

    __X__ Survivorship

    __X__ Loss of services

    __X__ Loss of consortium

    _____ other(s) (specify): _____

**CAUSES OF ACTION**

19.   In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

  __X__   Count I:    Failure to Warn – Negligence

  __X__   Count II:   Failure to Warn – Strict Liability

  __X__   Count III:  Breach of Express Warranty/Failure to Conform to Representations

  __X__   Count IV:  Breach of Implied Warranty

  __X__   Count V:   Fraudulent Concealment/Fraud by Omission

  __X__   Count VI:  Fraudulent/Intentional Misrepresentation

  _____   Count VII: Negligent Misrepresentation/Marketing

  __X__   Count VIII: Strict Product Liability Misrepresentation/Marketing

  __X__   Count IX:  Innocent Misrepresentation/Marketing

  _____   Count X:   Unfair Trade Practices/Consumer Protection (see below)

  __X__   Count XI:  Negligence

  __X__   Count XII:  Negligent Undertaking

  __X__   Count XIII: State Product Liability Act (see below)

  __X__   Count XIV: Wrongful Death

  __X__   Count XV:  Loss of Consortium

  __X__   Count XVI: Survival Action

  _____   Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

_____

_____

_____

_____

20.    If Plaintiff(s) is/are asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:*

    a.    Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

_____

_____

_____

    b.    Identify the factual allegations supporting those claims (by subsection, if applicable):

_____

_____

_____

*Plaintiffs asserting any such claims are on notice that "failure to identify [these claims] with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 74 n.33.

9

21.    If Plaintiff(s) is/are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:*

    a.    Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

    S.C. Code Ann. § 15-73-10 _____

    _____

    b.    Identify the legal theories identified in Paragraph 19 above (*e.g.*, negligent failure to warn, fraud, etc.) that are subsumed within Plaintiff(s)' PLA claim:

    Plaintiff pleads the above theories of liability, the case law is inconclusive as to whether the State PLA is the sole action in a products liability case and to the extent it is not covered by the PLA exclusively, Plaintiff pleads them as independent causes of action.

    c.    Identify the factual allegations supporting those claims:

    Plaintiff incorporates by reference the Master Complaint._

    _____

    _____

*\* Plaintiffs asserting any such PLA claims are on notice that "failure to identify the PLA claims with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 76 n.35.*

22.    If pre-suit notice is required by statute, did Plaintiff(s) provide some form of separate pre-suit notice to Defendant(s)? _____.  If so, attach such notice.

## RELIEF

Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiff(s) may be entitled.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims triable by jury in this action.

Date: <u>July 13, 2026</u>

By:

*/s/ Jonathan D. Orent*
Jonathan D. Orent
jorent@motleyrice.com
RI ID. No 7408
MOTLEY RICE LLC
40 Westminster Street, 5th Floor
Providence, RI 02903
Tel: 401-457-7700
Fax: 401-457-7708

11